## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

A'KINBO J.S. HASHIM
(a/k/a JOHN D. TIGGS, JR.),

       Petitioner,

v.

MICHAEL BAENEN,

       Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-65-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of A'kinbo J.S. Hashim a/k/a John D. Tiggs for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 2/26/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |