IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2014 MAR -6 AM 10: 23

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

A'KINBO J.S. HASHIM
(F/K/A: JOHN D. TIGGS, JR.),

    Petitioner-Appellant,

v.                                    Case No.: *2013CV000065

MICHAEL R. BAENEN, WARDEN
GREEN BAY CORRECTIONAL INSTITUION,

    Respondent-Appellee.

## Notice Of Appeal

COME NOW, THE ABOVE-NAMED APPELLANT A'KINBO J.S. HASHIM, APPEARING IN THIS MATTER PRO SE, WITHOUT COUNSEL AND PURSUANT TO FED. R. APP., RULE (3)(A), AND AS AND FOR A NOTICE OF APPEAL FROM THE DECISIION AND ORDER ENTERED IN THE ABOVE-CAPTIONED MATTER ON THE 26TH DAY OF FEBRUARY, 2014. THE HONORABLE BARBARA B. CRABB, PRESIDING DISTRICT JUDGE WHO DENIED:

    1. THE PETITION FOR WRIT OF HABEAS CORPUS FILED BY PETITIONER HASHIM CHALLENGING HIS STATE REVOCATION CONVICTION PURSUANT TO 28 U.S.C. § 2254;

    2. MR. HASHIM'S MOTION TO SUPPLEMENT THE PETITION FOR WRIT OF HABEAS CORPUS;

    3. MR. HASIM'S MOTION TO STRIKE PORTIONS OF RESPONDENT'S ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS WHICH FAILED TO COMPLY WITH THE HABEAS CORPUS RULES, RULE 5; AND

    4. THE DISTRICT COURT'S DECISION NOT TO ACCEPT MR. HASHIM'S EXTENSIVE PETITION AS AN INCORPORATION INTO THOSE ISSUES WHICH APPEARED IN MR. HASHIM'S BRIEF IN SUPPORT FOR HABEAS CORPUS RELIEF.

Executed in Green Bay, Wisconsin on this 4th day of March, 2014.

Respectfully submitted by:

*A'Kinbo J.S. Hashim* 

A'Kinbo J.S. Hashim, Petitioner
Pro se

GREEN BAY CORRECTIONAL INSITUION
POST OFFICE BOX 19033
GREEN BAY, WI 54307-9033